**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**                                                                                           Case No. **10-21764**

**de la Casa, Daniel Osvaldo & de la Casa, Adriana Monica**                Chapter **7**

Debtor(s)

### CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**E-mailed tax return to Trustee.**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this **14th** day of **May**, **2010**.

*/s/ Tara E. Gaschler*
**Tara E. Gaschler 3314**
**The Gaschler Law Firm LLC**
**600 17th Street Suite 2800 South**
**Denver, CO  80202**
**(303) 825-0197  Fax: (303) 539-9823**
**ecf@gaschler-law.com**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Simon Rodriguez**
**Lawyercolo@Aol.Com**
**P.O. Box 36324**
**Denver, CO  80236**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only